AO 442 (Rev. 10/17 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Diedrich Holgate<br>*Defendant* | )<br>)  Case No.    3:24CR00389-1 SI<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Diedrich Holgate                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: *See attached "Petition for Warrant"*

Date:  March 9, 2026                                   _____
                                                        *Issuing officer's signature*

City and state:   Portland, Oregon                      Michael H. Simon, U.S. District Court Judge
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 03/10/2026, and the person was arrested on *(date)* 03/10/2026
at *(city and state)* Portland, Oregon.

Date: 03/10/2026

_____
*Arresting officer's signature*

Mathew Diamond DUSM
*Printed name and title*