SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ANDREW T. HO, OSB #185047**
Assistant United States Attorney
Andrew.Ho@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00389-SI** |
| v. | **GOVERNMENT'S SUPERVISED RELEASE VIOLATION MEMORANDUM** |
| **DIEDRICH HOLGATE,** | |
| **Defendant.** | |

Diedrich Holgate is scheduled to appear before the Court on a supervised release violation hearing on August 5, 2026. In advance of that hearing, the government will submit exhibits to this Court.

The government has twenty recorded calls from Mr. Holgate to the Secret Service between July 10, 2026 through July 19, 2026. The government will submit four of these calls to the Court. Mr. Holgate also sent over sixty emails directly to the previous prosecutor on this case from July 4, 2026, through July 20, 2026. The government will submit four of these emails to the Court.

**Government's Supervised Release Violation Memorandum** **Page 1**

If the Court continues Mr. Holgate on supervised release or revokes Mr. Holgate's supervised release and imposes an additional term of supervised release, the government requests the following special conditions in addition to those recommended by probation:

1) You must not communicate, or otherwise interact, with the previous prosecutor on your case, either directly or through someone else.

2) You must not threaten to injury or kill anyone, including but not limited to threats communicated over the internet.

The government may recommend additional conditions of supervised release at Mr. Holgate's hearing.

Dated: August 3, 2026                     Respectfully submitted,

                                          SCOTT E. BRADFORD
                                          United States Attorney

                                          /s/ Andrew T. Ho
                                          ANDREW T. HO, OSB #185047
                                          Assistant United States Attorney

**Government's Supervised Release Violation Memorandum**                                          **Page 2**